UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| PATSY TAYLOR ) | |
| ) | |
| v. ) | NO. 2:06-CV-65 |
| ) | |
| JO ANNE BARNHART ) | |
| Commissioner of Social Security ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. Neither the plaintiff nor the government has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 18], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the plaintiff's motion for an award of attorney's fees is **GRANTED,** and counsel is awarded Equal Access to Justice Act fees of $2,000.00 and expenses of $14.64.

ENTER:

                                                                        s/J. RONNIE GREER
                                                       UNITED STATES DISTRICT JUDGE